APPENDIX II

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERUVIAN
SPORTING GOODS S.A.C.,
SUPERDEPORTE S.A.C., and RODRIGO
RIBADENEIRA

                V.                    CASE NO. _____Case 1:18-mc-91220_____

NEW BALANCE ATHLETICS INCORPORATED,
JOHN CULLEN, ALAN HED, and WILLIAM TUNG

NOTICE OF FILING FEE PAYMENT

Notice is hereby given that the required fee for the:

☐   A. Notice of Appeal - $455.00               document # _____

☐   B. Initiating document (civil case)- $350.00     document # _____

☐   C. Petition for Writ of Habeas Corpus/new case - $5.00   document # _____

☒   D. Initiating document (MBD) - $39.00       document # ___1_____

☐   Motion for leave to appear *pro hac vice* ($50.00 per attorney)

      ☐ 1     ☐ 2     ☐ 3     ☐ 4     ☐ 5     ☐ 6

    for a total of $_____           document # _____

in the above entitled case is submitted through CM/ECF and pay.gov

5/30/2018 _____           Harvey Wolkoff _____

Date                    Attorney for

                   Quinn Emanuel Urquhart & Sullivan, LLP
                   111 Huntington Ave Suite 520
                   Boston, MA 02199
                   (617)712-7100