UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of Peruvian Sporting Goods S.A.C., Superdeporte S.A.C., and Rodrigo Ribadeneira for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 | Civil Action No. 18-91220-DJC |

**Corporate Disclosure Statement of New Balance Athletics, Inc.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, New Balance Athletics, Inc. hereby discloses that its parent corporation is New Balance, Inc. No publicly held company owns 10% or more of New Balance Athletics, Inc.

    Respectfully submitted,

    New Balance Athletics, Inc.

    By its attorneys,

    /s/ Mark E. Tully
    Mark E. Tully (BBO # 550403)
    Kate E. MacLeman (BBO # 684962)
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, Massachusetts 02210
    Tel.: +1 617 570 1000
    Fax.: +1 617 523 1231
    mtully@goodwinlaw.com
    kmacleman@goodwinlaw.com

Dated: June 15, 2018

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Mark E. Tully