# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF **PERUVIAN SPORTING GOODS S.A.C., SUPERDEPORTE S.A.C., and RODRIGO RIBADENEIRA** FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:18-mc-91220-DJC |

## DECLARATION OF CYNTHIA PARIS

1. My name is Cynthia Paris. I am a private process server authorized by and through the Supreme Judicial Court of Massachusetts. I am in all ways competent to make this declaration, which is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the following is true and correct.

2. On May 31st, 2018, I received four pro forma subpoenas for New Balance Athletics, Inc. ("New Balance"), John Cullen, c/o New Balance, Alan Hed, c/o New Balance, and William Tung, c/o New Balance.

3. On May 31st, 2018, I served the subpoenas on Lori Severo, the executive assistant to John Withee, a New Balance executive. Ms. Severo came to the lobby, and when I showed her all of documents, she took them and went upstairs to confirm if she was authorized to accept service for each of the persons listed on the subpoenas.

4. Ms. Severo then returned and stated that she would accept the subpoenas for New Balance, John Cullen, c/o New Balance, Alan Hed, c/o New Balance, and William Tung, c/o New Balance.

5. On June 1, 2018, I received four issued subpoenas for New Balance, John Cullen, c/o New Balance, Alan Hed, c/o New Balance, and William Tung, c/o New Balance.

6. On June 1, 2018, I served the subpoenas on Lori Severo, the executive assistant to John Withee. Ms. Severo again accepted service of the subpoenas for each of the subpoena targets.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2018, in Boston, Massachusetts.

*Cynthia Paris* (signature)
Cynthia Paris